```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 01800
    GILBERT C CANTU
    MORELLA R CANTU                             CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
          Debtor
    SSN XXX-XX-9685      SSN XXX-XX-6092
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/27/06 and confirmed on 04/28/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  28456.25 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN INVESTMENT BANK | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 149.68 | .00 | 148.08 |
| BUSINESS OFFICE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1719.57 | .00 | 1701.15 |
| CENTRIX FINANCIAL | UNSECURED | 8880.75 | .00 | 8785.64 |
| FBCS INC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL COLLECTIO | UNSECURED | NOT FILED | .00 | .00 |
| GATEWAY FINANCIAL SERVIC | UNSECURED | 14131.58 | .00 | 13980.23 |
| ILLINOIS DEPT OF EMPLOYM | UNSECURED | NOT FILED | .00 | .00 |
| LIFETOUCH NATIONAL SCHOO | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANT PROFESSIONAL CR | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 919.73 | .00 | 909.88 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 25801.31 | .00 | 25801.31 |
| PRINCIPAL PAID | .00 | .00 | 25524.98 | .00 | 25524.98 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 25524.98 | .00 | 25524.98 |

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $   2500.00
and was paid $   1000.00  direct and $   1500.00  through the plan.

The Trustee received $   1235.02 .

Refunds to the Debtor totaled $    196.25 .

     Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/16/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE



                              PAGE   2
         CASE NO. 06 B 01800 GILBERT C CANTU & MORELLA R CANTU